**UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF ARKANSAS
**OFFICE OF THE CLERK**
600 WEST CAPITOL AVENUE
SUITE A149
LITTLE ROCK, ARKANSAS 72201

JAMES W. McCORMACK　　　　　　　　　　　　　　　　　　　(501)604-5351
　　　CLERK

September 25, 2020

*Via Certified Mail: 7017 0530 0000 1110 0138*

Lafayette Woods, Sr.
Jefferson County Circuit Court Clerk
101 West Barraque, Suite 104
Pine Bluff, Arkansas 71601

　　　　Re:　Pulaski County Arkansas, et al. v. Walmart Inc., et al
　　　　　　U.S. District Court Eastern District of Arkansas Case No. 4:20-cv-983-JM
　　　　　　Jefferson County Circuit Court Case No. 35CV-20-503

Dear Mr. Woods:

　　Attached is a certified copy of an Order dated September 25, 2020, signed by Judge James M. Moody, Jr., which remands the above-styled matter to Jefferson County Circuit Court. Also enclosed is a certified copy of the docket sheet from our court and copies of all documents that have been filed in this matter since its removal from Jefferson County Circuit Court.

　　If you have any questions regarding this matter, please call me at 501-604-5364.

　　　　　　　　　　　　　　　　Sincerely,

　　　　　　　　　　　　　　　　JAMES W. McCORMACK, CLERK

　　　　　　　　　　　　　　By　*Laura Bichlmeier*
　　　　　　　　　　　　　　　　Laura Bichlmeier, Deputy Clerk

Enclosures